IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Daryl Adkins, et al., | ) |
| | ) Case No: 14 C 1456 |
| v. | ) |
| | ) Chief Judge Ruben Castillo |
| Illinois Bell Telephone Company | ) |
| d/b/a AT&T Illinois, | ) |

**Winston Hodges**

### ORDER

Enter Memorandum Opinion and Order. Illinois Bell's motion to dismiss the second amended complaint for misjoinder and to sever [115] is granted. The Clerk of Court is directed to sever the claims of all the Plaintiffs except Adkins from this case, and to assign separate docket numbers to each of those actions. Plaintiffs are directed to file separate amended complaints containing only their claims on or before July 30, 2015. The severed Plaintiffs must pay the applicable filing fee when they file their amended complaints. Failure to file an amended complaint will result in dismissal of that Plaintiff's case. The next status hearing in the Adkins case is set for 4/29/2015 at 9:45 a.m.

Date: March 24, 2015          /s/ Chief Judge Ruben Castillo

```
1:15-cv-02711
Judge St. Eve
Mag. Judge Schenkier
```